UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Himelspach, | Civil No. 21-384 (DWF/JFD) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| MetLife Insurance Company, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties on January 19, 2022, (Doc. No. [19]),

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and on its merits, without costs, disbursements or attorneys' fees to any party.

Dated:  January 19, 2022            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge